IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 06-3093 |
| ) | |
| OPERA HOUSE, INC., d/b/a SNAPPER'S ) | |
| BAR & GRILL, JOSEPH SARTIE, ) | |
| CAMILO D. SARTIE, and ERIK ZEIGLER, ) | |
| each individually, ) | |
| ) | |
| Defendants. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

The parties state that pursuant to a settlement agreement, they have filed a stipulation for entry of consent judgment and a proposed consent judgment [d/e 15].  According to the docket report, however, the attorney for Defendant Opera House, Inc., d/b/a Snapper's Bar & Grill has not yet entered an appearance in this case.  Moreover, it is unclear from the proposed consent judgment whether counsel for that Defendant also represents the individual Defendants.

1

<u>Ergo</u>, the parties are Directed to re-file their stipulation for entry of consent judgment and proposed consent judgment after counsel for Opera House, Inc., d/b/a Snapper's Bar & Grill has entered an appearance. Counsel will also indicate whether he represents the individual Defendants in this case.

ENTER: November 6, 2006

    FOR THE COURT:

                              s/Richard Mills
                              United States District Judge